## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES DIETZ, ADMINISTRATOR OF THE ESTATES OF JOHN KENNETH LALLO, SR., DECEASED AND DIANA CHRISTINE CEO LALLO, DECEASED AND JOHN K. LALLO, JR., MELISSA LALLO-JOHNSON, ERICA HOAR, AND SAMANATHA LALLO

v.

AVCO CORPORATION, LYCOMING ENGINES, AVCO LYCOMING-TEXTRON WILLIAMSPORT, CONTINENTAL MOTORS, INC., TELEDYNE CONTINENTAL MOTORS, INC., BENDIX CORPORATION, UNISON INDUSTRIES, LLC., UNISON INDUSTRIES, INC., ALLIED SIGNAL, INC., HONEYWELL INTERNATIONAL, INC., INTERFACE PERFORMANCE MATERIALS, INC., INTERFACE SOLUTIONS, INC., NEW ISI, INC., AND QUALITY AIRCRAFT ACCESSORIES, INC.

PETITION OF: CONTINENTAL MOTORS, INC.

: No. 305 EAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.